UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANDREA CURTIS | * | CIVIL ACTION NO.: 3:22-00656 |
|  | * |  |
| Plaintiff, | * | JUDGE: BAJ |
|  | * |  |
| VERSUS | * | MAG. JUDGE: SDJ |
|  | * |  |
| INCLINE CASUALTY COMPANY, | * | **JURY TRIAL** |
| CLK CHARTERS, INC. AND DALE MILLER | * |  |
|  | * |  |
| Defendants. | * |  |
|  | * |  |

## PETITION FOR REMOVAL

**NOW INTO COURT**, through undersigned counsel, come Defendants, CLK Charters, Inc. and Incline Casualty Company (hereinafter, "Defendants"), who allege and aver as follows:

1.

The above-entitled case was filed in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, where it is still pending, under Civil Docket Number C-722404 "Sec. 31." The *Petition for Damages* was filed on or about **August 17, 2022**. *See*: **Exhibit A – Petition for Damages.** In the Petition, Plaintiff named CLK Charters, Inc., Incline Casualty Company, and Dale Miller, as party-Defendants. *See*: **Exhibit A – Petition for Damages, ¶ 1.**

2.

This civil litigation arises from an alleged rear-end collision that occurred on September 5, 2021, at approximately 3:37 p.m., between a 2021 Toyota HDR driven by Andrea Curtis and a

2002 Vanhool C2045 driven by Dale Miller, while traveling eastbound on Interstate 10 near the I-110 split in Baton Rouge.  *See*:  **Exhibit A – Petition for Damages, ¶¶ 2-4.**

3.

Plaintiff alleges that she sustained personal injuries as a result of this accident.  More specifically, she claims that she has "suffered personal injuries and said injuries have required continued medical treatment and have caused petition to incur past and future medical expenses and to suffer past and future physical pain and suffering, past and future mental anguish pain and suffering, loss of enjoyment of life, economic loss, loss of economic capacity, lost wages, and other losses."  *See*:  **Exhibit A – Petition for Damages, ¶ 10.**

## AMOUNT IN CONTROVERSY

4.

According to Plaintiff, "upon information and belief, petitioner Andrea Curtis' damages at this time are expected to exceed *$75,000.00, exclusive of court costs and interests*."  *See*: **Exhibit A – Petition for Damages, ¶ 11.**

5.

In her Petition for Damages, Plaintiff alleges that she sustained personal injuries and that she has "suffered personal injuries and said injuries have required continued medical treatment and have caused petition to incur past and future medical expenses and to suffer past and future physical pain and suffering, past and future mental anguish pain and suffering, loss of enjoyment of life, economic loss, loss of economic capacity, lost wages, and other losses."  *See*:  **Exhibit A – Petition for Damages, ¶ 10.**

**TIME OF REMOVAL**

6.

Plaintiff filed the *Petition for Damages* on or about **August 17, 2022** in the 19th Judicial District Court for East Baton Rouge Parish. *See*: **Exhibit A – Petition for Damages.**

7.

Therefore, one (1) year *has not yet elapsed* since the filing of the *Petition for Damages*. Therefore, removal is appropriate.

8.

Plaintiff has not yet served Dale Miller, but she requested service on him via the long-arm statute in Florida. *See*: **Exhibit A – Petition for Damages.** The undersigned will represent Dale Miller once he is served. Miller consents to the filing of the Petition for Removal.

9.

Plaintiff served CLK Charters, Inc. in Florida on or about **August 31, 2022** via the long-arm statute. *See*: **Exhibit A – Petition for Damages; Exhibit B – Affidavit.**[1]

10.

Defendant, Incline Casualty Company, was served with a copy of the *Petition for Damages* on or about **August 22, 2022** through the Louisiana Secretary of State. *See*: **Exhibit A – Petition for Damages, attached service documents; Exhibit C – Service Return filed with the Court.**

11.

Therefore, thirty (30) days *have not yet elapsed* since the *receipt of service or of another*

---

[1] Plaintiff filed an affidavit with the Court. Plaintiff mailed out the letter with the citation and certified copy of the petition for damages on August 23, 2022. Therefore, service could not have been effected before August 24 in Florida. Unfortunately, the USPS website does not have record of the date when it was delivered. However, Defendant, CLK Charter, Inc. avers that it received the letter on August 31, 2022.

*paper since the filing of the Petition.* Additionally, thirty (30) days have not yet elapsed from the last service on a Defendant. Therefore, removal is appropriate.

**DIVERSITY OF CITIZENSHIP**

12.

Plaintiff is domiciled and is a resident/citizen of the State of Louisiana. *See*: **Exhibit A – Petition for Damages, Introductory Paragraph.**

13.

Defendant, Dale Miller, is a person of the full age of majority who is domiciled in and is a citizen of the state of Florida. *See*: **Exhibit A – Petition for Damages, Paragraph 1(C).** Although he has not been served, he consents to the filing of the removal. The undersigned will represent him once he is properly served.

14.

Defendant, CLK Charters, Inc. is a corporation organized and with its principal office/place of business in the state of Florida, so it is a citizen of the state of Florida. *See*: **Exhibit A – Petition for Damages, Paragraph 1(A); see also Exhibit D – Florida Secretary of State.**

15.

Defendant, Incline Casualty Company, is a foreign insurance company and a citizen of Texas. It was organized and has its principal office/place of business in Texas, so it is a citizen of the state of Texas. *See*: **Exhibit A – Petition for Damages, Paragraph 1(B); see also Exhibit E – Louisiana Department of Insurance.**

16.

Therefore, Defendants aver that this Honorable Court has original jurisdiction over the entitled and numbered cause pursuant to Article III of the United States Constitution and 28 U.S.C. §1332, in that Plaintiff is diverse from the properly named and served Defendants with the *Petition for Damages*. All named-Defendants consent to the filing of this Petition for Removal.

17.

In accordance with 28 U.S.C. §1446(d), Defendants will provide appropriate Notice of this Removal to the Plaintiff and to the Clerk of Court for the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, by filing of this Notice and the Notice of Removal into the record of the state court action, and to Plaintiff through her attorney of record.

## JURY DEMAND

18.

Defendants are entitled to and request a trial by jury on all issues herein.

WHEREFORE, Defendants, CLK Charters, Inc. and Incline Casualty Company, pray that the suit entitled, "*Andrea Curtis vs. Incline Casualty Company,, et al*" presently pending in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, and bearing Docket Number C-722404 Sec. 31 be removed to this, the United States District Court, Middle District of Louisiana, and for trial by Jury and all just and equitable relief as allowed by law.

Respectfully submitted,

*s/ Jean E. Lavidalie, Jr.*
GUY D. PERRIER, #20323, T.A.
JEAN E. LAVIDALIE, JR., #27547
Perrier & Lacoste, LLC
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130

Tel:  (504) 212-8820  
Fax:  (504) 212-8825  
Email:  gperrier@perrierlacoste.com  
**Direct Dial:  (504) 212-8822**  
Email:  jlavidalie@perrierlacoste.com  
**Direct Dial:  (504) 212-8823**  
**Cell Phone:  (504) 881-3857**  
**ATTORNEYS FOR DEFENDANTS**

6

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANDREA CURTIS | * | CIVIL ACTION NO.: 3:22-00656 |
| | * | |
| Plaintiff, | * | JUDGE: BAJ |
| | * | |
| VERSUS | * | MAG. JUDGE: SDJ |
| | * | |
| INCLINE CASUALTY COMPANY, | * | **JURY TRIAL** |
| CLK CHARTERS, INC. AND DALE MILLER | * | |
| | * | |
| Defendants. | * | |
| | * | |

## **CERTIFICATE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading is being forwarded to:

>Clerk of Court, 19th JDC
>Parish of East Baton Rouge
>222 St. Louis Street
>Baton Rouge, LA 70802

>Andrea Curtis
>Through her attorney of record,
>Ralh L. Fletcher,
>Fletcher, Roy & Chenevert, LLC
>660 Government Street
>Baton Rouge, Louisiana 70802

by depositing a copy of same in the United States Mail, postage pre-paid and properly addressed.

New Orleans, Louisiana, this 21st day of September, 2022.

*s/ Jean E. Lavidalie, Jr.*
_____
**JEAN E. LAVIDALIE, JR.**