| | |
|---|---|
| ANDREA CURTIS | NUMBER:           SECTION |
| | 19TH JUDICAL DISTRICT COURT |
| VERSUS | EAST BATON ROUGE PARISH |
| INCLINE CASUALTY COMPANY, ET AL | STATE OF LOUISIANA |

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes plaintiff ANDREA CURTIS, a major domiciliary of the State of Louisiana, who respectfully presents her claims for damages for personal injuries as follows:

1.

Made defendants herein are the following:

A. **CLK CHARTERS, INC.,** or in the alternative an affiliate thereof, including but not limited to any member of the CLK Charters group of companies, a non-Louisiana business corporation with its principal business establishment in the State of Florida located at 4409 Hoffner Ave., Orlando, Florida 32812, and who has appointed as its registered agent for service of process of lawsuits against it, Renee Varga, 501 S. New York Ave., Suite 100, Winter Park, FL 32789;

B. **INCLINE CASUALTY COMAPNY,** or in the alternative an affiliate thereof, including but not limited to any member of the INCLINE CASUALTY group of insurance companies, a foreign insurance company authorized to do business and doing business in the State of Louisiana, and which has appointed as its agent for service of process of lawsuits against it in this state, Louisiana Secretary of State, 8585 Archives Ave., Baton Rouge, Louisiana 70809; and

C. **DALE MILLER**, a major domiciliary of the State of Florida, who can be served via Louisiana Long Arm Statute at 1523 Votaw Road, Apopka, Florida 32703.

Defendants are liable, jointly, severally and in solido unto plaintiff for such compensatory and reasonable damages as may be permitted under Louisiana law relative to the facts and circumstances of this case, together with judicial interest thereon at the maximum legal rate from date of judicial demand until paid, and for all costs of these proceedings for the reasons set forth hereinafter.

2.

On or about September 5, 2021, at approximately 3:37 p.m., petitioner ANDREA CURTIS was driving a 2021 Toyota HDR eastbound on Interstate 10 (I-10) near the I-110 split in Baton Rouge, East Baton Rouge Parish, Louisiana.

3.

On the same date and time as previously mentioned in paragraph 2 above, defendant DALE MILLER was driving a 2002 Vanhool C2045 while in the course and scope of his employment with the vehicle's owner, defendant CLK CHARTERS, INC., eastbound on I-10 in Baton Rouge, East Baton Rouge Parish, Louisiana.

4.

As petitioner ANDREA CURTIS was safely and lawfully stopped in the eastbound lane of I-10, suddenly and without any warning whatsoever petitioner's vehicle was struck in the rear by a 2021 Ford Edge being operated by Jamie Masdon who was stopped behind petitioner's vehicle; an investigation revealed that the 2002 Vanhool C2045 driven by defendant DALE MILLER had violently struck the Masdon vehicle in the rear propelling it into petitioner's car who in turn then struck a 2006 Toyota Tacoma operated by Carl Barber who himself was stopped in front of petitioner's vehicle, all resulting in a four-vehicle chain reaction automobile collision caused by defendant DALE MILLER.

5.

Upon information and belief, Petitioner ANDREA CURTIS did nothing whatsoever to cause the accident in question.

6.

A direct and proximate cause of the aforedescribed accident at issue and resulting personal injuries suffered by petitioner ANDREA CURTIS was the recklessness, carelessness, negligence and fault of defendant/tort-feasor DALE MILLER which negligence consisted of the following non-exclusive acts and/or omissions:

   a.   Failing to keep a proper lookout;

   b.   Failing to maintain proper control of his vehicle;

   c.   Following too closely;

   d.   Driving carelessly and recklessly;

   e.   Failing, generally, to exercise a degree of care commensurate with the existing circumstances at the time of the accident; and,

  f.  Any and all other acts of negligence which will be demonstrated through discovery and/or at trial of this matter.

7.

The collision was investigated by Trooper Xavier Barge with the Baton Rouge Police Department and defendant DALE MILLER was cited for being "inattentive" and "following too closely".

8.

Upon information and belief, at all material times herein, defendant DALE MILLER was operating his vehicle with permission of its owner and was in the course and scope of his employment with CLK CHARTERS, INC. and therefore CLK CHARTERS, INC. is vicariously liable for the negligent acts of DALE MILLER under the theory of *respondeat superior*.

9.

At all material times herein, defendant INCLINE CASUALTY COMPANY, or in the alternative an affiliate thereof, including but not limited to any of the INCLINE CASUALTY group of insurance companies, had issued to CLK CHARTERS, INC. and there was in force and in effect, a policy of automobile liability providing insurance coverage to both CLK CHARTERS, INC. and DALE MILLER for the acts of the kind and nature asserted herein.

10.

As a direct result of the accident sued upon herein, petitioner ANDREA CURTIS has suffered personal injuries and said injuries have required continued medical treatment and have caused petitioner to incur past and future medical expenses and to suffer past and future physical pain and suffering, past and future mental anguish pain and suffering, loss of enjoyment of life, economic loss, loss of economic capacity, lost wages, and other losses, all of which entitle petitioner ANDREA CURTIS to the recovery of such damages as are reasonable in the premises.

11.

Upon information and belief, petitioner ANDREA CURTIS' damages at this time are expected to exceed $75,000.00, exclusive of court costs and interest.

12.

Pursuant to the Louisiana Code of Civil Procedure, art. 1423, et seq., petitioners are entitled to a certified copy of any insurance policies issued to DALE MILLER and/or CLK CHARTERS, INC. for the claims made by petitioners herein. Petitioners herein request a certified copy of any and all such policies of insurance within thirty (30) days of service of the Petition upon them.

WHEREFORE, petitioner ANDREA CURTIS prays that after due proceedings be had there be judgment herein and in her favor and against defendants INCLINE CASUALTY COMPANY, or in the alternative an affiliate thereof, including but not limited to any member of the INCLINE CASUALTY group of insurance companies, CLK CHARTERS, INC., and DALE MILLER, in solido, for such damages as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid and for all costs and disbursements in bringing her causes including the cost of filing this petition ($710.00) an amount which was paid to the Clerk of Court, 19th JDC, as well as any damages pleaded and/or allowed under Louisiana law.

Petitioner further prays for all full, further, general and equitable relief warranted in her causes herein.

Respectfully Submitted:

FLETCHER, ROY & CHENEVERT, L.L.C.
660 Government Street
Baton Rouge, Louisiana 70802
Telephone (225) 888-8000
rfletcher@fletcherandroy.com

_____
RALPH L. FLETCHER, Bar Roll No.: 16917

**SERVICE INFORMATION**

*Please serve:*

**CLK CHARTERS, INC.,**
**Via Long Arm Statute**
Renee Varga
501 S. New York Ave., Ste. 100
Winter Park, FL 32789

**INCLINE CASUALTY COMPANY**
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, Louisiana 70809

**DALE MILLER**
**Via Long Arm Statute**
1523 Votaw Road
Apopka, FL 32703